JS-6

PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
pcogan@rmkb.com; stucker@rmkb.com

Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF
BOSTON, SEAGATE US LLC LONG TERM
DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL MANNEY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and SEAGATE US LLC LONG TERM DISABILITY PLAN,<br>　　　　　Defendants. | CASE NO. CV 10-04290 RGK (OPx)<br><br>[PROPOSED] ORDER RE STIPULATION RE DISMISSAL OF ACTION WITH PREJUDICE |

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation Re Dismissal of Action with Prejudice, this action and the related counterclaim shall be, and hereby are, dismissed with prejudice as to all defendants and counter-defendants. Each party shall bear its own fees and costs.

Dated: November 24, 2010

_____
Hon. R. Gary Klausner

RC1/5747366.1/SMT

STIPULATION RE DISMISSAL WITH
PREJUDICE CV 10-04290 RGK (OPX)